UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

FINANCEWARE, INC. et al    Plaintiff,        Case No. 11 cv 5503 (JFK)

-against-

UBS FINANCIAL SERVICES, INC.    Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_James P. Barabas_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is _3911484_____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Wilmer Cutler Hale & Dorr LLP
             FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
             FIRM TELEPHONE NUMBER: (212) 937-7273
             FIRM FAX NUMBER: (212) 230-8888

NEW FIRM:    FIRM NAME: Allen & Overy LLP
             FIRM ADDRESS: 1221 Avenue of the Americas, New York, NY 10020
             FIRM TELEPHONE NUMBER: (212) 610-6300
             FIRM FAX NUMBER: (212) 610-6399

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: October 20, 2011                    /s/James P. Barabas_____
                                           ATTORNEY'S SIGNATURE